# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | CIVIL ACTION NO. 1:16-CV-2521 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **ERIC ADAIR,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 18th day of October, 2017, upon consideration of the motion (Doc. 27) to dismiss filed April 14, 2017 by defendant Eric Adair ("Adair") pursuant to Federal Rule of Civil Procedure 12(b)(6), and further upon consideration of plaintiff Graham Engineering Corporation's second amended complaint (Doc. 45) filed October 17, 2017, and the court noting that an amended pleading supersedes the original "in providing the blueprint for the future course of the lawsuit," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2015), and the court thus finding that the second amended complaint renders the first amended complaint a nullity, it is hereby ORDERED that:

1. Adair's motion (Doc. 27) to dismiss is DENIED as moot and without prejudice.

2. Adair shall respond to the second amended complaint (Doc. 45) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania