# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2521** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **ERIC ADAIR**, | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2522** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DOUG JOHNSON,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2523** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **WILLIAM KRAMER,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.**, | : | **CIVIL ACTION NO. 1:16-CV-2524** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **JEFF LAWTON,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.**, | : | **CIVIL ACTION NO. 1:16-CV-2525** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **MICHAEL PERRI,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.**, | : | **CIVIL ACTION NO. 1:16-CV-2526** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DANIEL SCHILKE,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.**, | : | **CIVIL ACTION NO. 1:16-CV-2527** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **KEVIN SLUSARZ,** | : | |
| Defendant | : | |

# ORDER

AND NOW, this 5th day of November, 2018, upon consideration of the Counter-Plaintiffs' Unopposed Motion to Compel Comcast to Respond to the Subpoena and Disclose Subscriber Information for IP Address 50.205.214.102 (the "Motion"), and any response(s) thereto, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that:

1. The Individuals[1] shall provide a copy of this Order to Comcast;

2. Comcast, within seven (7) days of receipt of the Order, shall comply with 47 U.S.C. § 551(c)(2)(B), by sending a copy of the Order to the subscriber using any reasonable means, including but not limited to written notice sent to the subscriber's last known address;

3. If the subscriber for IP Address 50.205.214.102 (the "IP Address") is Plaintiff/Counter-Defendant Graham Engineering Corp. ("GEC"), then Comcast, within ten (10) days of receipt of the Order, shall produce to the Individuals the information requested in the Subpoena, which was attached to the Motion as Exhibit A. If the subscriber at issue is anyone other than GEC, then prior to any disclosure being made, the subscriber shall have a period of twenty-one (21) days from the date that Comcast sent a copy of the Order to the subscriber pursuant to paragraph 2, above, to contest the Order (the "Waiting Period"). If the subscriber does not file with this Court any challenge to the Order within the Waiting Period, then Comcast shall promptly produce to the Individuals the information requested in the Subpoena;

---

[1] Defendants and Counter-Plaintiffs Eric Adair ("Adair"), William Kramer ("Kramer"), Jeff Lawton ("Lawton"), Michael Perri ("Perri"), Daniel Schilke ("Schilke"), and Kevin Slusarz ("Slusarz") are collectively referred to herein as the "Individuals."

4. Any information disclosed by Comcast in response to the Subpoena may be used solely for the above-captioned litigations, and not for any other purpose; and

5. This Order shall be deemed an appropriate court order under 47 U.S.C. § 551(c)(2)(B).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania