# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2521** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **ERIC ADAIR**, | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2522** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DOUG JOHNSON,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2523** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **WILLIAM KRAMER,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2524** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **JEFF LAWTON,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2525** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **MICHAEL PERRI,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2526** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DANIEL SCHILKE,** | : | |
| Defendant | : | |

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | **CIVIL ACTION NO. 1:16-CV-2527** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **KEVIN SLUSARZ,** | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 4th day of November, 2019, upon consideration of the parties' joint stipulations (respectively, Docs. 162, 148, 148, 148, 148, 149, 147) seeking to withdraw their cross-motions (Docs. 117, 125)[1] for sanctions, it is hereby ORDERED as follows:

1. The parties' joint stipulations (respectively, Docs. 162, 148, 148, 148, 148, 149, 147) are APPROVED.

2. The parties' cross-motions (Docs. 117, 125)[2] for sanctions are deemed WITHDRAWN.

3. The pending motions (respectively, Docs. 144, 139, 139, 139, 139, 140, 138) for leave to file sur-reply are DENIED as moot.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania

---

[1] The docket-entry references regarding the cross-motions for sanctions apply to case number 1:16-CV-2521. Identical filings in the corresponding, above-captioned cases have different docket numbers. (See Doc. 162 at 3 nn.2-3 (providing specific docket numbers for cross-motions for sanctions)).

[2] See *supra* note 1.